*In re* NORMAS ADMINISTRATIVAS TRANSITORIAS APLICABLES A LA SECCIÓN SUPERIOR DE FAJARDO DEL TRIBUNAL DE PRIMERA INSTANCIA.

*Número:* II          *Resuelto:* 30 de junio de 1999

## ORDEN II

Se dejan sin efecto las órdenes de 20 de enero de 1995 siguientes: Orden Administrativa Núm. II sobre Normas Transitorias sobre Presentación y Referimiento de Casos en el Tribunal de Primera Instancia; Orden Administrativa Núm. IV sobre Normas para el Tribunal de Primera Instancia; Orden Administrativa Núm. VI de Reglas Transitorias sobre Sede del Tribunal de Primera Instancia en Fajardo, y Orden Administrativa Núm. XIV sobre Celebración de Juicios por Jurado correspondiente a la Región Judicial de Fajardo.

Hasta tanto estén listas las nuevas facilidades de la Sección de Fajardo del Tribunal de Primera Instancia, se adoptan las normas administrativas transitorias siguientes:

1. La sede del Tribunal de Primera Instancia en Fajardo estará compuesta por una Sala, a la cual le serán asignados los Jueces Superiores necesarios para atender los asuntos judiciales, y una Secretaría, para el manejo de los casos en el sistema automatizado.

2. La sede de Fajardo del Tribunal de Primera Instancia continuará atendiendo únicamente los tipos de casos siguientes:

a) casos en los que comparte competencia concurrente con el Juez de Distrito, y

b) asuntos de relaciones de familia.

3. Los demás casos civiles y criminales de la competencia de esta sede se continuarán presentando y dilucidando en el Centro Judicial de Humacao, el cual tendrá una ventanilla en Secretaría para que los casos pertenecientes a la sede de Fajardo del Tribunal de Primera Instancia puedan ser presentados.

4. Cuando se presente un caso de la competencia de la sede actual en Fajardo que no pueda ser atendido en ésta, el caso será aceptado y referido a la Secretaría de Fajardo en el Centro Judicial de Humacao. Esta última Secretaría notificará el recibo del caso a la parte presentante y le informará el número asignado. Se expedirán en esta Secretaría los emplazamientos o las citaciones y continuará en ella todo trámite ulterior del caso.

5. Cuando se presente en la Secretaría de Fajardo del Tribunal de Primera Instancia existente en Humacao un caso que pueda ser tramitado en la sede actual, se observará el trámite dispuesto en el inciso (4) de esta Orden.

6. Los casos de la Sección Superior del Tribunal de Primera Instancia provenientes de los municipios de Fajardo, Ceiba, Luquillo, Vieques y Culebra, excepto los casos de relaciones de familia, se identificarán como sigue:

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE FAJARDO EN HUMACAO

7. Los casos criminales de juicio por jurado de la competencia de la sede de Fajardo del Tribunal de Primera Instancia continuarán celebrándose en el Centro Judicial de Humacao.

8. Mientras no está disponible la infraestructura nece-

saria en Fajardo, los miembros del Jurado se continuarán escogiendo de entre los vecinos de los pueblos que componen la Región de Fajardo, según proceda, en virtud de nuestro ordenamiento constitucional y procesal vigente.

Esta Orden Administrativa entrará en vigor el 1ro de julio de 1999.

*Publíquese.*

Lo decretó y firma.

(*Fdo.*) José A. Andréu Gracía
*Juez Presidente del Tribunal Supremo*

CERTIFICO:

(*Fdo.*) Mercedes M. Bauermeister
*Directora Administrativa de los Tribunales*